212.634.3043 direct
jstoler@sheppardmullin.com

February 3, 2017

**<u>VIA ECF</u>**

The Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     *Danielle Dineley v. Coach, Inc.*, Docket No. 1:16-cv-03197(DLC)(JLC)

Dear Judge Cote:

We represent Defendant Coach, Inc. ("Coach") with respect to the above-referenced matter.  In accordance with Rule 3.F of Your Honor's Individual Rules of Practice in Civil Cases, Coach respectfully requests oral argument on its pending Motion for Summary Judgment.

Thank you for the Court's attention to this matter.

Respectfully submitted,

/s/ Jonathan Stoler

Jonathan Stoler
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:     All Counsel of Record